■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE DELGADO, Appellant. [11 NYS3d 855]—

Order, Supreme Court, New York County (Ronald A. Zweibel, J.), entered on or about February 24, 2012, which adjudicated

defendant a level three predicate sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly applied the presumptive override for a prior felony sex crime conviction, which results in a level three adjudication independent of any point assessments. In any event, we have considered defendant's challenges to certain assessments and find them unavailing.

The court properly exercised its discretion in denying a downward departure. Defendant committed the underlying crimes after having already been convicted of a felony sex offense, involving serious crimes, and after having already been adjudicated a level two sex offender. The mitigating factors cited by defendant, including his efforts at postrelease rehabilitation, are outweighed by his record, which demonstrates a dangerous propensity to commit sex crimes (*see e.g. People v Carter*, 114 AD3d 592 [1st Dept 2014]; *People v Jamison*, 107 AD3d 531 [1st Dept 2013], *lv denied* 22 NY3d 852 [2013]). Concur—Gonzalez, P.J., Friedman, Moskowitz and Clark, JJ.